37775. TIFT *v.* COOPER TIRE & RUBBER COMPANY.

GARDNER, Presiding Judge. The defendant sued out a direct bill of exceptions to this court wherein the sole assignment of error was that the defendant excepted to the verdict directed for the plaintiff as being erroneous and contrary to law. Under such record there is no question presented for determination by this court and the writ of error must be dismissed. See *Hamilton Nat. Bank* v. *Robertson,* 177 *Ga.* 734 (171 S. E. 293); *Baker* v. *Decatur Lumber & Supply Co.,* 211 *Ga.* 510, 513 (87 S. E. 2d 89); and *Woodall* v. *McCurry,* 54 *Ga. App.* 437 (2) (188 S. E. 270) and citations therein. *Writ of error dismissed. Townsend and Carlisle, JJ., concur.*

DECIDED SEPTEMBER 15, 1959.

*G. Gerald Kunes,* for plaintiff in error.
*Reinhardt & Ireland, Bob Reinhardt,* contra.